**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOE G. CALVERT,** | ) | |
| **Petitioner,** | ) | **ATTORNEY APPEARANCE** |
| | ) | |
| **vs.** | ) | **Case No. 26-CV-62-JFH-SH** |
| | ) | |
| **WILLIAM C. RANKINS,** | ) | |
| **Respondent.** | ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Respondent.

I certify that I am admitted to practice in this court.

I am registered in this Court's Electronic Filing System.

February 19, 2026

<div style="margin-left: 40%;">

**s/ JENNIFER L. CRABB**
**JENNIFER L. CRABB, OBA #20546**
**CAPITAL SUPERVISORY**
**ASSISTANT ATTORNEY GENERAL**
313 NE 21st Street
Oklahoma City, OK    73105
(405) 521-3921; Fax (405) 522-4534
Service email:    fhc.docket@oag.ok.gov

**ATTORNEY FOR RESPONDENT**

</div>

## **CERTIFICATE OF SERVICE**

**X**      I hereby certify that on the 19th day of February 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

**X**      I hereby certify that on the 19th day of February 2026, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Joe G. Calvert #98365
Oklahoma State Reformatory
P.O. Box 514
Granite, OK 73547

s/ JENNIFER L. CRABB